UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KWIK-SEW PATTERN CO., INC.,

          Plaintiff,

Case No. 1:08-cv-309
Hon. Gordon J. Quist

vs.

DEREK GENDRON, *et al.*,

          Defendants.
_____/

## ORDER

*Pro se* defendants Derek Gendron and Lynn Gendron have filed a notice of interlocutory appeal. This matter is now before the court on defendant Derek Gendron's application for leave to appeal *in forma pauperis* (docket no. 74). Upon due consideration, the application is **GRANTED**; plaintiff may proceed on appeal without prepayment of filing and docket fees.

      **IT IS SO ORDERED.**

Dated: October 24, 2008                  /s/ Hugh W. Brenneman, Jr.
                                               HUGH W. BRENNEMAN, JR.
                                               United States Magistrate Judge