UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KWIK-SEW PATTERN CO., INC.,

        Plaintiff,

Case No. 1:08-cv-309
Hon. Gordon J. Quist

vs.

DEREK GENDRON, *et al.*,

        Defendants.
        _____/

### ORDER

*Pro se* defendants Derek Gendron and Lynn Gendron have filed a notice of interlocutory appeal. This matter is now before the court on defendant Lynn Gendron's application for leave to appeal *in forma pauperis* (docket no. 75). Upon due consideration, the application is **GRANTED**; plaintiff may proceed on appeal without prepayment of filing and docket fees.

**IT IS SO ORDERED.**

Dated: October 24, 2008

/s/ Hugh W. Brenneman, Jr.
HUGH W. BRENNEMAN, JR.
United States Magistrate Judge